UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CHARLES H. CAMP,            )
    Plaintiff,              )
                            )
    v.                      )    Case No.: 1:06CV00692 (RJL)
                            )
                            )
TOMAS O. KOLLEN,            )
    Defendant.              )
_____)

## MOTION TO DISMISS VERIFIED COMPLAINT AND FOR SANCTIONS

Comes now the defendant, TOMAS O. KOLLEN, through counsel, appearing specially (the Complaint has not been served), and moves to dismiss the Verified Complaint on the ground that it duplicates a prior action pending between the same parties, which Mr. Camp filed in the Superior Court of the District of Columbia, in January, 2006. Defendant also opposes plaintiff's Motion for Judgment. In addition, defendant seeks an award of fees and costs, pursuant to 28 U.S.C. § 1927, for plaintiff's vexatious multiplication of litigation.

                                                                  Respectfully submitted,

                                                                   CLIFFORD & GARDE


                                                    _____/s/_____
                                                    John M. Clifford, Bar No. 191866
                                                    1707 L St., N.W. Suite 500
                                                    Washington, D.C.  20036
                                                    Phone  202-289-8990 x 104
                                                    Fax     202-289-8992
                                                    COUNSEL FOR DEFENDANT