### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

```
_____
CHARLES H. CAMP,                )
      Plaintiff,                )
                                )
      v.                        )    Case No.: 1:06CV00692 (RJL)
                                )
                                )
TOMAS O. KOLLEN,                )
      Defendant.                )
_____)
```

### ORDER

Upon consideration of defendant's Motion to Dismiss, and the Memoranda of Points and Authorities submitted in support thereof and in opposition thereto, it appears to the Court that the instant case duplicates a prior action brought by the same plaintiff against the same defendant, now pending in the Superior Court of the District of Columbia, and that plaintiff has thus vexatiously and ureasonably multiplied the pleadings in this court.  Accordingly, it hereby is

ORDERED: That the defendant's Motion to dismiss and for sanctions is GRANTED; and it is

FURTHER ORDERED: That the Verified Complaint filed by plaintiff is hereby DISMISSED; and it is

FURTHER ORDERED:  That plaintiff shall pay defendant's reasonable costs and attorney's fees incurred in defending this matter.

_____      _____
   Date                                        United States District Judge