UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Charles H. Camp,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **Tomas O. Kollen,** ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 06cv692 (RJL) |

## PLAINTIFF'S NOTICE TO THE COURT

On April 18, 2006, Plaintiff Charles H. Camp ("Mr. Camp") commenced this action against Defendant Tomas O. Kollen ("Mr. Kollen") seeking a judgment against Mr. Kollen in accordance with the terms of a Confession of Judgment Promissory Note Mr. Kollen signed on December 20, 2005. On May 1, 2006, Mr. Camp filed a Motion for Judgment, which Motion remains pending before the Court.

On May 12, 2006, Mr. Kollen sought dismissal of Mr. Camp's Complaint on the ground that it "duplicates a prior action pending between the same parties, which Mr. Camp filed in the Superior Court of the District of Columbia" (the "Superior Court action").

This Notice is to advise the Court that pursuant to the agreement of the parties, on November 3, 2006, the parallel Superior Court action was dismissed without prejudice.

In addition, pursuant to prior order of the Superior Court, on November 6, 2006, Mr. Camp was compelled by the Superior Court to commence an arbitration against Mr. Kollen, which Mr. Camp did with the District of Columbia Bar's Attorney/Client Arbitration Board (the "ACAB"). Mr. Camp's arbitration demand specifically notified the ACAB of the

pendancy of this above captioned action.  Although an arbitration panel has been appointed by the ACAB, no hearing date has yet been scheduled.

Should this Court rule upon Mr. Camp's May 1, 2006, Motion for Judgment, the ACAB arbitration—to which Mr. Kollen has not responded or participated in any way[1]—will become unnecessary.

For all of these reasons, Mr. Camp respectfully urges the Court to grant his May 1, 2006, Motion for Judgment at its very earliest convenience.

Respectfully submitted,

_____
Charles H. Camp (DC Bar No. 413575)
Law Offices of Charles H. Camp
1725 Eye Street, N.W., Suite 300
Washington, D.C.  20006
Tele. (202) 349-3905
Fax   (202) 349-3906

Date:  January 29, 2007

---

[1] Indeed, Mr. Kollen's counsel of record in the captioned action, Mr. John Clifford, has notified below-signed counsel that he no longer represents Mr. Kollen and intends to file a motion to withdraw from representing Mr. Kollen in this action.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served via the Court's Electronic Case Filing system this 29th day of January 2007, upon Defendant Kollen's counsel of record, Mr. John Clifford, and via pre-paid First Class U.S. Mail upon Mr. Kollen at the following address:

> Mr. Tomas O. Kollen
> 812 Constellation Drive
> Great Falls, Virginia 22066

_____
Charles H. Camp