UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Charles H. Camp,<br><br>  Plaintiff,<br><br>v.<br><br>Tomas O. Kollen,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Case No. 06cv692 (RJL)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBERS**

Effective May 7, 2007, the address and telephone number of Charles H. Camp, counsel for Plaintiff Bruce E. Mones are being changed to the following:

> 1319 Eighteenth Street, N.W.
> Washington, D.C. 20036
> Direct Dial Telephone: (202) 457-7786
> Facsimile: (202) 457-7788
> (Email address is unchanged.)

            Respectfully submitted,

            _/s/ Charles H. Camp_
            Charles H. Camp (DC# 413575)
            Law Offices of Charles H. Camp
            1725 Eye Street, N.W., Suite 300
            Washington, D.C. 20006
            Telephone: 202-349-3905
            Facsimile: 202-349-3906

Date: May 3, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing paper was served upon Defendant Tomas O. Kollen and his counsel via the ECF or pre-paid, First Class U.S. Mail on this 3rd day of May 2007 as follows:

Mr. Tomas O. Kollen
812 Constellation Drive
Great Falls, Virginia  22066

John M. Clifford, Esquire
Clifford & Garde
1707 L Street, N.W., Suite 500
Washington, D.C.  20036-5631

_____
Charles H. Camp