UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Charles H. Camp, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Tomas O. Kollen, )<br>)<br>Defendant. )<br>) | Civil Case No. 06cv692 (RJL) |

## JOINT STATUS REPORT

Pursuant to the October 4, 2007, Order of the Court, plaintiff Charles H. Camp and defendant Tomas O. Kollen, through counsel, submit the following Joint Status Report:

On March 16, 2007, the Court stayed the above captioned proceeding pending completion of the arbitration proceeding ordered by the Superior Court of the District of Columbia. Trial is currently scheduled to take place in the arbitration on November 14, 2007.

Respectfully submitted,

_____          _____
John M. Clifford (DC# 191866)          Charles H. Camp (DC# 413575)
Clifford & Garde                                  Law Offices of Charles H. Camp
1707 L Street, N.W.                          1319 18th Street, N.W.
Washington, D.C. 20036                  Washington, D.C. 20036
Telephone: 202-289-8990            Telephone: 202-457-7786
Facsimile: 202-289-8992              Facsimile: 202-457-7788

Counsel for Tomas O. Kollen          *Pro se*

Date: November 1, 2007