UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Charles H. Camp, <br><br> Plaintiff, <br><br> v. <br><br> Tomas O. Kollen, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Case No. 06cv692 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) |

## UPDATED STATUS REPORT

Plaintiff Charles H. Camp submits the following Updated Status Report:

On March 16, 2007, the Court stayed the above captioned proceeding pending completion of arbitration ordered by the Superior Court of the District of Columbia. The arbitration took place on November 14, 2007, and an award favorable to plaintiff was made that same day by the arbitral tribunal. However, the arbitral award was for less than the full amount owed by Defendant Kollen to Plaintiff Camp under the Confession of Judgment Promissory Note at issue in the captioned litigation. Thus, it is necessary for the Court's stay pending arbitration to be lifted and for the captioned litigation to proceed. Currently pending before the Court are cross-motions for judgment (by Plaintiff) and for dismissal (by Defendant), which motions are ripe for decision by the Court.

Respectfully submitted,

Charles H. Camp (DC# 413575)
Law Offices of Charles H. Camp
1319 18th Street, N.W.
Washington, D.C. 20036
Telephone: 202-457-7786
Facsimile: 202-457-7788

Date: December 27, 2007          *Pro se*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of December 2007, the foregoing Updated Status Report was electronically served upon the following counsel for Defendant Tomas O. Kollen:

> John M. Clifford
> Clifford & Garde
> 1707 L Street, N.W.
> Washington, D.C.  20036

Charles H. Camp