

DISTRICT OF COLUMBIA BAR
*Attorney/Client Arbitration Board*

November 15, 2007

**CONFIDENTIAL**

Paul Maloney, Esq., for petitioner
Carr Maloney, P.C.
1615 L Street, N.W.
Suite 500
Washington, DC 20036

John Clifford, Esq., for respondent
Clifford & Garde
1707 L Street, N.W.
Suite 500
Washington, DC 20036

      Re:    <u>Camp/Kollen</u>    <u>ACAB # 2006-07/018</u>

Dear Parties:

    Enclosed is a copy of the Decision & Award that was issued by the panel, on November 14, 2007, in the above-referenced fee dispute. This award is final and binding and may be enforced in D.C. Superior Court. Please complete and return the Attorney/Client Arbitration Board (ACAB) Arbitrator Evaluation Forms that are included with this letter.

    If you have questions, please call me at (202) 737-4700, ext. 237, or you may reach me by e-mail at klewis@dcbar.org.

Sincerely,

*Kathleen E. Lewis*

Kathleen E. Lewis, Esq.
Programs Coordinator

Enclosures

cc:   Malcolm Pritzker, Esq., Panel Chair
      Mr. Brian Blonder, Panelist
      Samuel R. Raskin, Esq., Panelist



D I S T R I C T   O F   C O L U M B I A   B A R
*Attorney/Client Arbitration Board*

DISTRICT OF COLUMBIA BAR
RECEIVED
NOV 14 2007
ATTORNEY/CLIENT
ARBITRATION

**DECISION & AWARD**

Camp / Kollen

ACAB# 2006-07/018

Pursuant to notice to all parties, the undersigned Arbitrator(s) assigned to the above cited fee dispute by the District of Columbia Bar Attorney/Client Arbitration Board met on the 14th Day of November 2007, at 1250 H Street., N.W., Washington, D.C. to take evidence and hear arguments in this matter.

The parties to this dispute, Paul Maloney, Esq., for Charles H. Camp, Esq., and John Clifford, Esq., for Mr. Tomas O. Kollen, appeared personally before the undersigned Arbitrator(s) ( _____, waived appearance.)

The Request for Arbitration, between Charles H. Camp, Esq., as petitioner and Mr. Tomas O. Kollen, as respondent, sought the following relief:

$51,916.87 sought by petitioner.
Respondent sought $216,000 plus interest

After consideration of the evidence and testimony presented, the undersigned Arbitrator(s) reached, and hereby affirm(s) the following decision and award:

Tomas Kollen is obligated to pay Sixty two thousand Five hundred ($62,500) to Charles Camp, Esq. If this amount is not paid in full by December 14, 2007 interest on the amount owed is due at 8% per month.

Compliance with this award is to be completed by: December 14, 2007

Date: Nov 14, 2007

Arbitrator(s)



DISTRICT OF COLUMBIA BAR
*Attorney/Client Arbitration Board*

## ARBITRATION EVALUATION FORM

ARBITRATION DOCKET NO: 2006-07/018    Camp/Kollen

ARBITRATOR(S):

Malcolm Pritzker, Esq.         Mr. Brian Blonder         Samuel Raskin, Esq.

The Attorney-Client Arbitration Board (ACAB) is always trying to improve its services and would like your response to the following questions:

1. Are you satisfied with the way the ACAB staff handled your case?
   (Please circle)         Yes         No

2. Any comments about the time required to process your case?

3. Did the arbitrator(s) conduct the hearing in a fair manner?

4. How was the behavior and performance of the arbitrator(s)?
   (Please circle)

   Excellent       Good       Fair       Poor

5. Would you participate in arbitration again?

   (Please circle)   Yes   No

6. Any suggestions for improvement?

7. Additional Comments:

Respondent

**WE APPRECIATE YOUR COMMENTS**
**PLEASE RETURN THIS FORM TO THE ACAB AT ADDRESS BELOW**

1250 H Street NW, Sixth Floor, Washington DC 20005-5937 • 202-737-4700, FAX 202-626-3471, www.dcbar.org