UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Charles H. Camp,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 06cv692 (RJL) |
| ) | |
| **Tomas O. Kollen,** ) | |
| ) | |
| Defendant. ) | |

### AGREED MOTION TO RESCHEDULE STATUS CONFERENCE

On January 11, 2008, the Court set a Status Conference for January 29, 2008, at 11:00 AM. Because Plaintiff Charles H. Camp will be out of the country January 23-30, 2008, Plaintiff, with the agreement of Defendant Tomas O. Kollen, through counsel, respectfully moves the Court to reschedule the January 29, 2008, Status Conference to any of the following dates: February 6, 7 or 8.

A proposed Order is attached.

Respectfully submitted,

/s/ Charles H. Camp
Charles H. Camp (DC# 413575)
Law Offices of Charles H. Camp
1319 18th Street, N.W.
Washington, D.C. 20036
Telephone: 202-457-7786
Facsimile: 202-457-7788

Date: January 15, 2008          *Pro se*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January 2008, the foregoing Agreed Motion to Reschedule Status Conference was electronically served upon the following counsel for Defendant Tomas O. Kollen:

> John M. Clifford
> Clifford & Garde
> 1707 L Street, N.W.
> Washington, D.C. 20036

_____
Charles H. Camp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Charles H. Camp, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Tomas O. Kollen, )<br>)<br>Defendant. )<br>) | Civil Case No. 06cv692 (RJL) |

## ORDER

Pursuant to Plaintiff Charles H. Camp's Agreed Motion to Reschedule Status Conference, the Court hereby reschedules the January 29, 2008, Status Conference to February __, 2008.

**SO ORDERED** this ___ day of _____ 2008.

_____
Honorable Richard J. Leon
United States District Judge