**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHARLES H. CAMP, | ) |
|     Plaintiff, | ) Case No.: 1:06CV00692 (RJL) |
| v. | ) |
| TOMAS O. KOLLEN, | ) |
|     Defendant. | ) |

**RENEWED MOTION TO DISMISS VERIFIED COMPLAINT**

Comes now the defendant, TOMAS O. KOLLEN, through counsel, and renews his Motion to Dismiss the Verified Complaint on the ground that it is barred under the doctrine of *res judicata*.

          Respectfully submitted,

          CLIFFORD & GARDE

          __/s/_____
          John M. Clifford, Bar No. 191866
          1707 L St., N.W. Suite 500
          Washington, D.C.  20036
          Phone  202-289-8990 x 104
          Fax     202-289-8992

          COUNSEL FOR DEFENDANT