

DISTRICT OF COLUMBIA BAR
*Attorney/Client Arbitration Board*

## AGREEMENT TO ARBITRATE

1. I hereby agree to arbitrate, under the rules of the Attorney/Client Arbitration Board of the District of Columbia Bar and applicable District of Columbia law, the following:

A fee dispute between:

Petitioner(s)   *Charles H. Camp*

and

Respondent(s)   *Tomas O. Kollen*

2. I agree that the arbitrators will be selected according to the rules of the Attorney/Client Arbitration Board.

- If the monetary amount at issue is less than $5,000, a single arbitrator will be assigned to the dispute.
- If a dispute is $5,001 or more, a panel of three arbitrators will be assigned to the dispute unless both parties agree to a single arbitrator. Check here if you agree to have your case heard by a single arbitrator ☐.

RECEIVED NOV 0 6 2006 ATTORNEY / CLIENT ARBITRATION

3. I will comply with this agreement and the rules.

4. I have considered carefully the other options I may have to resolve this dispute before signing this agreement to arbitrate.

5. The respondent has the right to claim that the petitioner owes the respondent money relating to this dispute. The arbitrator(s) will consider evidence presented that concerns the respondent's claim and decide this issue when deciding the petitioner's claim against the respondent.

6. I have read the Important Notice printed on the reverse side of this agreement and I understand that this agreement limits the parties to arbitration before the ACAB as the forum to resolve this dispute.

7. I have read the Important Notice printed on the reverse side of this agreement and I understand that this agreement limits the parties to arbitration before the ACAB as the forum to resolve this dispute.

8. I understand that an award of the arbitration panel is binding on both parties.

9. I understand that there is no appeal of the award before the ACAB and that there is only a limited right of appeal in the District of Columbia Superior Court.

10. I understand that a judgment of a court that has jurisdiction over the parties may be entered for enforcement of the award.

11/6/06
Date

*Signature*

(Rev. 1/21/98)   1250 H Street NW, Sixth Floor, Washington DC 20005-5937 • 202-737-4700, fax 202-626-3471, www.dcbar.org