UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES H. CAMP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Case No. 06-692 (RJL) |
| TOMAS O. KOLLEN, | ) ) |
| Defendant. | ) ) ) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 25th day of July, 2008, hereby

**ORDERED** that defendant's motion to dismiss [#14] is GRANTED, and it is further

**ORDERED** that this case is dismissed.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge